# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158983(41)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JEREMY HOOKER,
          Appellee,

v                                                              SC: 158983
                                                               COA: 343334

BRENDA M. MOORE,
          Appellant.
_____/

On order of the Chief Justice, the motion of the Michigan Association of County Drain Commissioners, the Michigan Association of Counties, and the Michigan Townships Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 14, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2019



Clerk